BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: APPLE INC. GAME APPS LOSS RECOVERY ACT LITIGATION | MDL Docket No. _____ |

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br><br>Teresa Larsen, on behalf of herself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | Northern District of Alabama, Southern Division | 2:20-cv-01652 | Judge Anna M. Manasco |
| 2 | **Plaintiff:**<br><br>Karen Workman, on behalf of herself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | District of Connecticut | 3:20-cv-01595 | Judge Victor A. Bolden |
| 3 | **Plaintiff:**<br><br>Frank Custodero, on behalf of himself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | Northern District of New York | 5:20-cv-01320 | Judge Mae A. D'Agostino<br><br>Magistrate Judge Andrew T. Baxter |

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 4 | **Plaintiff:**<br><br>Vicki Payton, on behalf of herself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | Northern District of Georgia, Atlanta Division | 1:20-cv-04326 | Judge Thomas W. Thrash, Jr. |
| 5 | **Plaintiff:**<br><br>Rico Viglietti, on behalf of himself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | Western District of Tennessee, Western Division | 2:20-cv-02773 | Judge Thomas L. Parker<br><br>Magistrate Judge Annie T. Christoff |
| 6 | **Plaintiff:**<br><br>Sean McCloskey, on behalf of himself and all others similarly situated<br><br>**Defendant:**<br><br>Apple Inc. | Southern District of Ohio, Western Division | 3:20-cv-00434 | Judge Michael J. Newman |