UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: APPLE INC. APP STORE SIMULATED CASINO-STYLE
GAMES LITIGATION     MDL No. 2985

NOTICE OF MAJOR DEFICIENCY

The following deficiency is considered MAJOR:

>   Pleading No. 33 is out of time. Briefing in this matter closed on February 2, 2021. (*See* Doc. No. 12)

*See* Panel Rule 6.3.

                                              FOR THE PANEL:

                                              John W. Nichols
                                              Clerk of the Panel