Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

*Attorneys for Plaintiffs*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-02985-EJD<br><br>**AMENDED [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE [DKT. 29]**<br><br>Judge: Hon. Edward J. Davila |
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-03001-EJD<br><br>**AMENDED [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE [DKT. 9]**<br><br>Judge: Hon. Edward J. Davila |

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

1

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

| KATHLEEN WILKINSON, NANCY URBANCZYK, and LAURA PERKINSON,<br><br>              Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br>   Defendant. | Case No. 5:21-cv-02777-EJD<br><br>**AMENDED [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE [DKT. 28]**<br><br>Judge: Hon. Edward J. Davila |
|---|---|

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

2

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

WHEREAS, the Court has received and considered the motion to consolidate for pretrial purposes the social casino cases against Defendants and appoint interim lead counsel and an executive committee submitted by various counsel for the Plaintiffs;

WHEREAS, the Court recognizes the need to appoint an interim lead counsel structure to coordinate litigation efficiently on behalf of all class members, and the importance of keeping time, expense reports, reasonable fees, and eliminating duplication of efforts;

Having reviewed all the submissions, the Court hereby finds as follows:

**I.    CONSOLIDATION**

The district court may consolidate actions involving common questions of law and fact. Fed. R. Civ. P. 42(a)(2). In exercising the broad discretion to order consolidation, the court "weighs the saving of time and effort [that] consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Consolidation may occur upon motion by a party or sua sponte. *See* 9A CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 2383 (3d ed. 2018).

The Court finds that within each set of actions—*i.e.*, the Facebook Actions, the Google Actions, and the Apple Actions—each case within the set presents substantially similar factual and legal issues to other cases within that set. There is no basis to find that consolidation of all actions in each particular set would cause inconvenience, delay, or expense, especially where all plaintiffs agree with the consolidation request. Accordingly, some consolidation is appropriate, and the motions to consolidate the actions for pretrial purposes pursuant to Rule 42(a)(2) are GRANTED to the extent that (i) the Facebook Actions are consolidated with each other, (ii) the Apple Actions are consolidated with each other, and (iii) the Google Actions are consolidated with each other. For the avoidance of doubt, no actions against one defendant are consolidated with any actions against another defendant.

//

AMENDED [PROPOSED] ORDER GRANTING MOTION TO
APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD,
21-CV-2777-EJD

3

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

## II. APPOINTMENT OF INTERIM LEAD COUNSEL

This Order is intended to create a leadership structure for Plaintiffs' counsel in order to organize, simplify, and streamline the handling of these matters on behalf of all Plaintiffs, consistent with the fair administration of justice. Plaintiffs' counsel's proposal strives to eliminate duplication by assigning discrete tasks to the Executive Committee. The Court will also actively monitor the work of the Interim Lead Counsel and Executive Committee by holding regular case management conferences to inquire into all pending and completed tasks of members of the leadership group.

The Court further believes that this structure respects the notion of starting with a small team and growing as needed. The proposed number of attorneys is warranted in light of the projected size of the case, including the potential number of class members. Efficiency will be promoted by putting the entire team in place and defining each member's role at the outset of the case. Moreover, this structure includes a diversity of viewpoints (including in terms of gender, ethnicity, geographic diversity, and years of overall experience) that could prove instrumental in effectuating the best outcome for the Plaintiffs. Mr. Balabanian has demonstrated an ability to cooperate with a range of different interests that span across law firms, practice groups, geography, and gender and introduces smaller firms into the litigation experience. His pledge to communicate transparently and devise a cohesive working group is admirable and will prove a valuable resource in the course of the litigation.

Given Mr. Balabanian's assurances that the proposed structure is designed to secure an efficient and beneficial result for the Plaintiffs, the Court approves the proposed Interim Lead Counsel and Executive Committee structure. The Court notes that some of the proposed positions (such as Settlement Counsel) are forward-thinking but may not require immediate implementation. As described, the Court encourages Interim Lead Counsel and the Executive Committee to remain committed to efficiency. The Court reserves the right to modify the structure at any time.

### A. Lead Counsel

The Court has considered the chief criteria that interim lead Plaintiffs' counsel should

AMENDED [PROPOSED] ORDER GRANTING MOTION TO
APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD,
21-CV-2777-EJD

4

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

possess: (1) performance of work in identifying and investigating potential claims in this action; (2) knowledge and experience in handling complex litigation, including class actions; (3) knowledge of the applicable law; and (4) access to sufficient resources to prosecute the litigation in a timely manner. Fed. R. Civ. P. 23(g)(1)(A), (3). The Court has also considered counsel's willingness and ability to commit to a time-consuming process and to work cooperatively with others. *See* Fed. R. Civ. P. 23(g)(1)(B). Based on these factors, the Court hereby APPOINTS Rafey Balabanian of Edelson PC as Interim Lead Counsel in this action. The Court finds that Mr. Balabanian and his firm have extensive knowledge of and experience in prosecuting complex litigation and class actions, are both willing and able to commit to a time-consuming process of litigating this case, have shown the ability to work cooperatively with others by garnering the support of a great number of colleagues and fellow counsel in this MDL, and have access to sufficient resources to prosecute this litigation in a timely manner.

### B. Plaintiffs' Executive Committee

Having reviewed motions and supporting materials, and finding that the proposed positions will advance judicial interests of efficiency and protect the interests of the proposed Classes, the Court hereby appoints the following individuals to the Plaintiffs' Executive Committee:

| | |
|---|---|
| Head of Google Track | John Norris [Davis & Norris] |
| Head of Apple Track | Melissa Weiner [Pearson, Simon & Warshaw, LLP] |
| Head of Facebook Track | Sarah N. Westcot [Bursor & Fisher] |
| Law and Briefing Counsel | Todd Logan [Edelson PC] |
| Defensive Discovery Counsel | Jill Manning [Steyer Lowenthal] |
| Offensive Discovery and ESI Counsel | Cecily Shiel [Tousley Brain and Stephens] |
| Google Discovery Counsel | Theo Benjamin [Edelson PC] |
| Apple Discovery Counsel | Glenn Chappell [Tycko & Zavareei] |
| Facebook Discovery Counsel | Kristen Cardoso [Kopelowitz Ostrow P.A.] |
| App Maker Discovery and Claims Counsel | Christin Cho [Dovel & Luner] |
| Plaintiffs Vetting and Pleading Counsel | Hassan A. Zavareei [Tycko & Zavareei LLP] |
| Settlement Counsel | Jay Edelson [Edelson PC] |

These appointments will last for the duration of the MDL proceeding, unless changed by Interim Lead Counsel or ordered by the Court. This Court looks to these counsel to undertake personal responsibility to perform the designated functions and reserves the discretion to replace

AMENDED [PROPOSED] ORDER GRANTING MOTION TO
APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD,
21-CV-2777-EJD

5

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

them, on their own request or on this Court's own motion, should they become unable to do so. The responsibilities of each member of the Executive Committee are detailed below.

### III. COMPOSITION AND RESPONSIBILITIES OF INTERIM LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE

#### A. Responsibilities of Interim Lead Counsel

The Court hereby appoints Rafey S. Balabanian as Interim Lead Counsel. With an opportunity for input from the Chair, Plaintiffs' Interim Lead Counsel shall be responsible for determining the litigation strategy on behalf of all Plaintiffs, and for the conduct of the litigation on behalf of the Plaintiff Classes, including any trial or resolution. Plaintiffs' Interim Lead Counsel will attempt to reach consensus regarding major decisions with the Chair. To the extent that disagreements arise as to the direction of the case, and the Interim Lead Counsel and the Chair cannot reach a consensus, Plaintiffs' Interim Lead Counsel shall have the final decision-making authority. Plaintiffs' Interim Lead Counsel shall promote the orderly and efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts; act as spokesperson (either personally or by designee) for the Plaintiff Classes at pretrial conferences; and delegate work responsibilities to the Plaintiffs' Executive Committee or its Chair.

Plaintiffs' Interim Lead Counsel shall have authority to enter into stipulations (either personally or by designee) necessary for the conduct of the litigation with opposing counsel. No request for discovery, or other pretrial or trial proceedings shall be initiated or filed, and no dispositive motion or response to any dispositive motion shall be filed by any plaintiff, except through Plaintiffs' Interim Lead Counsel.

#### B. Executive Committee Chair

The Court hereby appoints Andrea Gold of Tycko & Zavareei LLP as the Chair of the Plaintiffs' Executive Committee (the "Chair") with the following duties:

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

6

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

a. The Chair shall confer with Plaintiffs' Interim Lead Counsel regarding litigation strategy on behalf of all Plaintiffs, and regarding the conduct of all litigation efforts on behalf of the Plaintiff classes, including any trial or resolution.

b. Following consultation with Interim Lead Counsel, the Chair shall delegate work responsibilities to other Plaintiffs' counsel in a fair and orderly manner. The Chair shall also monitor the activities of all Plaintiffs' counsel to assure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically; that schedules are met; and that unnecessary expenditures of time and expense are avoided.

c. The Chair shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and for providing the local rules, standing orders, and guidelines of the U.S. District Court for the Northern District of California, and any other judge's rules and standing orders of the Court, to counsel as required by applicable Court rules.

d. The Chair shall be responsible for creating and maintaining a master service list of all parties and their respective counsel, and shall promptly advise the Court and Defendants' counsel of changes to Plaintiffs' Service List.

e. The Chair shall be responsible for ensuring that any updates and changes to the local rules, standing orders, and guidelines of this District or the Court are timely communicated to counsel as needed, working with the Executive Committee member(s) where it is appropriate and relevant to their responsibilities.

f. The Chair shall be responsible for distributing to counsel, as appropriate, Orders, notices, and correspondence from the Court, to the extent such documents are not electronically filed; and discovery, pleadings, correspondence, and other documents from Defendants' counsel that are not electronically filed.

g. The Chair shall be responsible for obtaining and maintaining time records for Plaintiffs' counsel, as well as preparing and submitting reports to the Court as

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

7

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

requested.

## C. Head of the Google Track

The Court hereby appoints John Norris of Davis & Norris as Head of the Google Track. The Head of the Google Track shall be responsible for coordinating and, consistent with direction from Interim Lead Counsel, overseeing all litigation efforts related to claims against Google, including pleadings, offensive and defensive fact discovery, expert discovery, and motion practice. The Head of the Google Track shall be primarily responsible for day-to-day communications with counsel for Google and, in conjunction with Interim Lead Counsel and the Chair, for ensuring that the Executive Committee remains apprised of all relevant information provided by Google and Google's counsel.

## D. Head of the Apple Track

The Court herby appoints Melissa Weiner of Pearson, Simon & Warshaw, LLP as Head of the Apple Track. The Head of the Apple Track shall be responsible for coordinating and, consistent with direction from Interim Lead Counsel, overseeing all litigation efforts related to claims against Apple, including pleadings, offensive and defensive fact discovery, expert discovery, and motion practice. The Head of the Apple Track shall be primarily responsible for day-to-day communications with counsel for Apple and, in conjunction with Interim Lead Counsel and the Chair, for ensuring that the Executive Committee remains apprised of all relevant information provided by Apple and Apple's counsel.

## E. Head of the Facebook Track

The Court herby appoints Sarah N. Westcot of Bursor & Fisher as Head of the Facebook Track. The Head of Facebook Track shall be responsible for coordinating and, consistent with direction from Interim Lead Counsel, overseeing all litigation efforts related to claims against Facebook, including pleadings, offensive and defensive fact discovery, expert discovery, and motion practice. The Head of Facebook Track shall be primarily responsible for day-to-day communications with counsel for Facebook and, in conjunction with Interim Lead Counsel and

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

8

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

the Chair, for ensuring that the Executive Committee remains apprised of all relevant information provided by Facebook and Facebook's counsel.

**F. Law and Briefing Counsel**

The Court hereby appoints Todd Logan of Edelson PC as Law and Briefing Counsel. The Law and Briefing Counsel will be responsible for coordinating the research and preparation of all pleadings and motions and assisting in the preparation of oral arguments at any hearings. Law and Briefing Counsel will consider input from all Track chairs in the prosecution of these responsibilities.

**G. Defensive Discovery Counsel**

The Court hereby appoints Jill Manning of Steyer Lowenthal as Defensive Discovery Counsel. Defensive Discovery Counsel shall be responsible for coordinating all discovery obligations of Plaintiffs and the Classes consistent with the requirements of the Federal Rules of Civil Procedure, including the preservation of information, Rule 26 initial disclosures, responses to interrogatories, requests for production of documents, and request for admissions, and examination at depositions, as well as any motion practice related thereto. Defensive Discovery Counsel will consider input from all Track chairs in the prosecution of these responsibilities.

**H. Offensive Discovery and ESI Counsel**

The Court hereby appoints Cecily Shiel of Tousley Brain and Stephens as Offensive Discovery and ESI Counsel. Offensive Discovery and ESI Counsel shall be responsible for coordinating all discovery propounded on behalf of the Plaintiffs and the Classes consistent with the requirements of the Federal Rules of Civil Procedure, including the pursuit of information, Rule 26 initial disclosure negotiation, interrogatories, requests for production of documents, requests for admissions, depositions, and any motion practice related thereto. Offensive Discovery and ESI Counsel shall also be responsible for coordinating ESI practices in this case, including negotiations with Defendants concerning an e-discovery plan, developing an ESI protocol for this case, and ensuring that appropriate protective orders are in place to guard against any release of proprietary, confidential, or personal ESI. Offensive Discovery and ESI Counsel will assess ESI

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

9

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

needs and issues, implement appropriate ESI preservation procedures, identify custodians of potentially relevant ESI, and develop search terms for data searches. Offensive Discovery and ESI Counsel will also handle ESI processing tasks and shall ensure that responsive ESI is collected and produced in a cost-effective manner that preserves the integrity of that ESI and enables counsel to recognize and appropriately deal with evidentiary issues associated with the admissibility of electronically generated and stored evidence. Offensive Discovery and ESI Counsel will consider input from all Track chairs in the prosecution of these responsibilities.

### I. Google Discovery Counsel

The Court hereby appoints Theo Benjamin of Edelson PC as Google Discovery Counsel. Google Discovery Counsel shall be responsible, together with Offensive Discovery and ESI Coordination Counsel, for coordinating discovery efforts related to all claims against Google. Google Discovery Counsel will inform and educate Offensive Discovery and ESI Counsel about the relevant legal and factual issues affecting discovery, including witnesses, key evidentiary issues, and any relevant risks associated with the discovery tasks at hand, and will work with the Interim Lead Counsel to select, retain, and consult with appropriate experts concerning device development issues.

### J. Apple Discovery Counsel

The Court hereby appoints Glenn Chappell of Tycko & Zavareei as Apple Discovery Counsel. Apple Discovery Counsel shall be responsible, together with Offensive Discovery and ESI Coordination Counsel, for coordinating discovery efforts related to all claims against Apple. Apple Discovery Counsel will inform and educate Offensive Discovery and ESI Counsel about the relevant legal and factual issues affecting discovery, including witnesses, key evidentiary issues, and any relevant risks associated with the discovery tasks at hand, and will work with the Interim Lead Counsel to select, retain, and consult with appropriate experts concerning device development issues.

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

10

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

### K. Facebook Discovery Counsel

The Court hereby appoints Kristen Cardoso of Kopelowitz Ostrow P.A as Facebook Discovery Counsel. Facebook Discovery Counsel shall be responsible, together with Offensive Discovery and ESI Coordination Counsel, for coordinating discovery efforts related to all claims against Facebook. Facebook Discovery Counsel will inform and educate Offensive Discovery and ESI Counsel about the relevant legal and factual issues affecting discovery, including witnesses, key evidentiary issues, and any relevant risks associated with the discovery tasks at hand, and will work with the Interim Lead Counsel to select, retain, and consult with appropriate experts concerning device development issues.

### L. App Maker Discovery and Claims Counsel

The Court hereby appoints Christin Cho of Dovel & Luner as App Maker Discovery and Claims Counsel. App Maker Discovery and Claims Counsel shall be responsible for coordinating all third-party discovery propounded on behalf of the Plaintiffs and the Classes, consistent with the requirements of the Federal Rules of Civil Procedure and applicable local rules, including the pursuit of documents, depositions, and any motion practice related to third-party discovery. App Maker Discovery and Claims Counsel will coordinate third-party discovery with Offensive Discovery and ESI Counsel and Interim Lead Counsel to evaluate and develop procedures and a plan for discovery of third parties that is efficient, cost-effective, and non-duplicative. Additionally, App Maker Discovery and Claims Counsel shall coordinate with Interim Lead Counsel to determine whether and when to pursue certain actions directly against social casino app makers, potentially including actions in state and federal courts as well as claims in arbitral fora.

### M. Plaintiffs Vetting and Pleading Counsel

The Court hereby appoints Hassan A. Zavareei of Tycko & Zavareei LLP as Plaintiffs Vetting and Pleading Counsel. Plaintiffs Vetting and Pleadings Counsel shall be responsible for coordinating all vetting of Plaintiffs as part of the development of consolidated amended pleadings, on behalf of Plaintiffs and the Classes. Plaintiffs Vetting and Pleadings Counsel will coordinate

AMENDED [PROPOSED] ORDER GRANTING MOTION TO
APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD,
21-CV-2777-EJD

11

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

with Law and Briefing Counsel and Interim Lead Counsel in connection with the vetting process and the preparation of the pleadings related thereto.

### N. Settlement Counsel

The Court hereby appoints Jay Edelson of Edelson PC as Settlement Counsel. Settlement Counsel shall be responsible for coordinating efforts relating to relief, including both monetary and injunctive relief. Settlement Counsel's responsibilities shall include coordinating all settlement-related issues raised in discovery, expert disclosures, motions or trial, as well as assisting Interim Lead Counsel in representing the Plaintiff Classes in any arbitrations, mediations, and/or settlement conferences, consistent with the Court's ADR Local Rules and procedures.

**IT IS SO ORDERED.**

Dated: September 23, 2021

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

AMENDED [PROPOSED] ORDER GRANTING MOTION TO APPOINT INTERIM LEAD COUNSEL AND PEC
CASE NOS. 21-MD-2985-EJD, 21-MD-3001-EJD, 21-CV-2777-EJD

12

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435